1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7300
7      FAX: (415) 436-6753
       Natalie.Lee2@usdoj.gov

8  Attorneys for United States of America

9

10                       UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

| UNITED STATES OF AMERICA, | ) No. CR 13-0447 EMC |
|---|---|
| Plaintiff, | ) UNOPPOSED REQUEST TO CONTINUE STATUS HEARING TO NOVEMBER 27, 2013 |
| v. | ) |
| ANGELO CIBRIAN, | ) Date: November 20, 2013<br>) Time: 2:30 p.m. |
| Defendant. | ) Court: Hon. Edward M. Chen |

19       The above-captioned matter is set on November 20, 2013 at 2:30 p.m. before this Court for a

20 status. The government requests – and defense counsel does not oppose – that this Court continue the

21 status appearance to the following week, November 27, 2013 at 2:30 p.m. Counsel for the government

22 will be on pre-scheduled annual leave and out of the office on November 20, 2013.

23

24 DATED: November 13, 2013        MELINDA HAAG
                                          United States Attorney

25

26                                   /S/
                                  NATALIE LEE
27                                Assistant United States Attorney

28

STIP TO CONTINUE STATUS
CR 13-0447 EMC                    1

1  ORDER

2  The government requested – and defense counsel did not oppose – that the status appearance in
3  this matter be continued from November 20, 2013 to November 27, 2013 at 2:30 p.m. since counsel for
4  the government will be on pre-scheduled annual leave and out of the office on November 20, 2013.
5  IT IS HEREBY ORDERED that the status appearance in this matter is continued from /and Defendant's motion for leave #27
6  November 20, 2013 to November 27, 2013 at 2:30 p.m.

7

8  DATED: 11/18/13



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

HON. EDWARD M. CHEN
United States District Judge

STIP TO CONTINUE STATUS
CR 13-0447 EMC                                              2